**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1700**

JAELEN M. WRIGHT,

        Plaintiff - Appellant,

    v.

THOMAS NELSON COMMUNITY COLLEGE; CHARITY HANCOCK,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:16-cv-00151-RGD-RJK)

Submitted:  November 28, 2017          Decided:  January 5, 2018

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jaelen M. Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaelen M. Wright appeals the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction. Because Wright cannot save his action by amending his complaint, the district court's order is final, and we have jurisdiction over Wright's appeal. *See* 28 U.S.C. § 1291 (2012); *Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 623 (4th Cir. 2015). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wright v. Thomas Nelson Cmty. Coll.*, No. 4:16-cv-00151-RGD-RJK (E.D. Va. May 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*